IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAURA ("JANIE") LAMM<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. |
| | § | 3-09CV0051-P |
| HUNT COUNTY, TEXAS<br>    Defendant. | §<br>§ | |

**JOINT PROPOSAL FOR CONTENTS OF SCHEDULING AND DISCOVERY ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **Plaintiff Laura Lamm** and **Defendant Hunt County, Texas** and, in accordance with the Court's Order Requiring Attorney Conference and Proposal for Contents of Scheduling and Discovery Order, submit their Joint Proposal for Contents of Scheduling and Discovery Order, and would respectfully show unto the Court as follows:

**I.**

On March 23, 2009, the parties met in person to discuss the case, the prospects for settlement, scheduling, and discovery. The parties discussed the nature of the case and the causes of action at issue. Plaintiff made a demand for settlement which has been forwarded to Defendant.

At this point, the parties are not in a position to settle, pending further discovery and analysis of the claims. The parties do believe the cases will be eventually amenable to mediation, and have agreed to mediate before Mary Burdin at Burdin Mediations, 4514 Cole Avenue, Suite 1450, Dallas, Texas 75205, phone: (214) 528-1411.

## II.

The parties propose the following schedule for the case:

    Trial:　　　　　　　　　　　　　　　　　　March 29, 2010
    The parties anticipate trial will last two to three days.
    A jury has been demanded.

    Deadline to Amend Pleadings:　　　　　　August 21, 2009

    Deadline to Join Parties:　　　　　　　　May 29, 2009

    Deadline for Filing of Dispositive Motions:　January 8, 2010

    Deadline for the Filing of Other Motions,
        Including *Daubert* Motions:　　　　February 12, 2010

    Deadline for Completion of Discovery:　　January 8, 2010
    (Discovery to be conducted in accordance with the FEDERAL RULES OF
    CIVIL PROCEDURE and Local Rules.)

    Deadline for Designation of Plaintiff's Experts
    and Compliance with Rule 26(a)(2):　　　October 9, 2009

    Deadline for Designation of Defendant's Experts
    and Compliance with Rule 26(a)(2):　　　November 9, 2009

    Date to Commence Settlement Negotiations:　September 2009

    Deadline for Mediation before Mary Burdin
    of Burdin Mediations:　　　　　　　　　February 19, 2010

## III.

### CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE

Plaintiff does consent to trial before Magistrate Judge.

Defendant does not consent to trial before United States Magistrate Judge.

Respectfully submitted,

/s/ Wade A. Forsman
**Wade A. Forsman**
State Bar No. 07264257
1331 South Broadway, Suite A
P.O. Box 308
Sulphur Springs, Texas 75483-0308
903-885-7577 (Telephone)
903-885-7579 (Facsimile)

**ATTORNEY FOR PLAINTIFF
LAURA ("JANIE") LAMM**

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: /s/ Stephen D. Henninger
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
**STEPHEN D. HENNINGER**
State Bar No. 00784256
900 Jackson Street, Suite 710
Dallas, Texas 75202
(214) 420-5500
(214) 420-5501 (telecopier)

**ATTORNEY FOR DEFENDANT
HUNT COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that true and correct copies of the parties' Joint Proposal for Contents of Scheduling and Discovery Order has been duly forwarded to all parties in interest and/or their counsel of record pursuant to Rule 21 and 21a of the TEXAS CIVIL RULES OF PROCEDURE, on the 30th day of March, 2009.

/s/ Stephen D. Henninger
**STEPHEN D. HENNINGER**